Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

TIAJUANA TAWANNA LAVETTE ELLINGTON
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

DONALD J TRUMP ET AL.,
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: _____
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes   ☐ No

FILED
2024 MAR -4 A 9:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff**
   Name: TIAJUANA TAWANNA ELLINGTON
   Street Address: 1006 GARRISON ST
   City and County: HSV AL, 35801
   State and Zip Code:
   Telephone Number: 256 947-6562

B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
Name: DONALD J TRUMP
Job or Title: 45 PRESDENT
Street Address: NA
City and County: NEW YORK
State and Zip Code:

Defendant No. 2
Name: FLOYD MONEY MAYWEATHER
Job or Title: BOXER
Street Address: NA
City and County: LAS VAGES
State and Zip Code: CALIFORA

Defendant No. 3
Name: RICKEY SMILEY
Job or Title: RADIO ART
Street Address: GEORGA
City and County: BIRMINGHAM
State and Zip Code: ALABAMA

Defendant No. 4
Name: GENERAL SARGENT OF THE UNITED ARMY
Job or Title: ARMY
Street Address:
City and County: HUNTSVILLE ALABAMA
State and Zip Code: 35801

Defendant No. 5
Name _GENERAL SARGENT OF NEW YORK_
Job or Title _ARMY_
Street Address _NA_
City and County _NEW YORK_
State and Zip Code _NEW YORK_

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Constitutional or Federal Question  [X] USA Defendant  [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)
Name of Agency _UNITED STATES OF AMERICA_
Address _UNITED_

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_MOTION OF DESTRESSED DEALING WITH THE BUG OF THE UNITED STATES OF AMERICA!_

Pro Se General Complaint for a Civil Case (Rev.10/16)

C. **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, (name) **TAWANNA**, is a citizen of the State of (name) **ALABAMA**.

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) **DONALD J TRUMP**, is a citizen of the State of (name) **NEW YORK**. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation

   The defendant, (name) **FLOYD MAYWEATHERS**, is incorporated under the laws of the State of (name) **CALIFORA**, and has its principal place of business in the State of (name) **LAS VAGES**.

   Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) **LAS VAGES**.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)* **MILLION DONALD J TRUMP 52 000 000 001 SEAPRED PAY OFF 52 MILLION MOSTION OF DESTRESS EXTRA EXTRA 52 MILLION FOR COUST OF 2 KIDS MOSTION OF DESTRESSED**

III. **Statement of Claim**

Page 4 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DONALD J TRUMP IS USING MY BUG IN EAR AND CHILDREN MOSTION OF DESTRESS FLOYD MAYWEATHER TOLD ME BOUGHT MY BUG IN EAR OVER MY PHONE AND ALSO OWE OUT 7 MILLION DOLLARS FOR MOSTION OF DESTRESS ALSO.

RICKEY SMILEY ALSO TAIKE THREW MY BUG OVER THE RADIO STATION AND ABUSSE OF MY NAME MOSTION OF DESTRESS.

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

ABUSSE OF CIVIL RIGHTS TREW CONVERSATIONS BODY & LIFE WITH THE STATE OF ALABAMA DILLING WITH THE KEY TO MY OWN CITY WITH THE STATE OF ALABAMA AGENST THE STATE OF WASHGTON DC, NEW YORK CITY, LAS VAGES, & STATE OF ALABAMA GORGEA!



THE DEFENDANT NAME   DATE 3/4/2024
RICKEY SMILEY
STATE GOERGA
STATE BIRMINGHAM


3-4-2024
*[signature]*

DATE / /

I WOULD LIKE TO AlSO CAll THE MAttER OF All StAtES BECAUSE OF tHE MAttER OF MY SICKNESS AND A WItH HEAlED ANtI DOPE FOR tHE CAUSE OF HERPES DESASE'S all OVER THE UNItED StAtES OF AMERICA !

3-4-2024

*[signature]*

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V.   Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name __TAWANNA ETTE__ Last Name __ELLINGTON__
Mailing Address __1006 GARRISON ST__
City and State __HSV. ALABAMA__ Zip Code __35801__
Telephone Number __256 947-6562__
E-mail Address __Ma SEUSS'S__

4173198443

Signature of plaintiff __Tiajuana Tawanna Javette Taylor__
Date signed __3-4-2024__

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients
☒ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

Ma Seuss's @ Gmail.com

Participant signature: Juwanna Jiaguane Eleyt

Date: 3-4-2024